1
2
3                           UNITED STATES DISTRICT COURT
4                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                                      OAKLAND DIVISION
6

| | |
|---|---|
| 7  EMILY TRUJILLO, | Case No: C 09-4601 SBA |
| 8           Plaintiff, | **ORDER STAYING ACTION** |
| 9      vs. | Related to: C09-1558 SBA |
| 10 BAYER CORPORATION, et al., | |
| 11          Defendants. | |

12
13
14      IT IS HEREBY ORDERED THAT Defendants shall notify the Clerk of the United States
15 Judicial Panel on Multidistrict Litigation of the existence of this case for determination of whether
16 it should be transferred as a "tag along" action to <u>In re: Yasmin and Yaz (Drospirenone)</u>
17 <u>Marketing, Sales Practices and Products Liability Litigation</u>, MDL No. 2100.  Pending such
18 determination, the above-captioned case is STAYED and all dates and deadlines are VACATED
19 until further Order of the Court.
20      IT IS SO ORDERED.
21
22 Dated:  October 26, 2009
                                                _____
23                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
24
25
26
27
28